# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**R.Q. WARD, J.R. MCFARLANE, S.P. LOGAN**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**RICHARD A. JIMENEZ**
**CORPORAL (E-4), U.S. MARINE CORPS**

**NMCCA 201300264**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 27 February 2013.
**Military Judge**: Maj E.L. Emerich, USMC.
**Convening Authority**: Commanding Officer, Marine Wing Support Squadron 274, MAG 29, 2d Marine Aircraft Wing, Cherry Point, NC.
**Staff Judge Advocate's Recommendation**: LtCol J.J. Murphy, USMC.
**For Appellant**: Capt Jason Wareham, USMC.
**For Appellee**: LT L.P. Geiselman, JAGC, USN.

**27 March 2014**

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court